IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTONIO ANGEL CASTILLO and
JUAN JOSE LEON LOZA,

Petitioners,

v. No. 2:25-cv-01074-KG-JFR

MARY DE ANDA-YBARRA, et al.,

Respondents.

**ORDER FOR STATUS REPORT**

This matter is before the Court on Respondents' Notice and Motion to Stay, Doc. 28, and Petitioners' Advisory to the Court Regarding Immigration Status of the Lead Plaintiffs, Doc. 30. The Court is advised that Petitioner Juan Jose Loza has applied for and was granted Voluntary Departure, and that Petitioner Antonio Castillo is subject to a removal order and has appealed the immigration judge's decision to the Board of Immigration Appeals ("BIA"). Given these changes, the Court seeks to assure itself of its jurisdiction over this matter and to affirm the presence of a live controversy for which relief may be granted. The Court therefore orders the parties to submit a status report within fourteen (14) days of entry of this Order detailing:

(1) whether Petitioner Loza has been released from immigration detention, or otherwise deported from the United States pursuant to his request for voluntary departure; and

(2) the status of Petitioner Castillo's appeal to the BIA.

IT IS SO ORDERED

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.