IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTONIO ANGEL CASTILLO and
JUAN JOSE LEON LOZA,

Petitioners,

v. Case No. 2:25-cv-01074-KG-JFR

MARY DE ANDRA YBARRA, et al.,

Respondents.

**ORDER OVERRULING OBJECTIONS**

The Magistrate Judge filed his Proposed Findings and Recommended Disposition ("PFRD") on February 13, 2026. Doc. 26. The PFRD notified the parties of their ability to file objections within fourteen days, and that failure to do so waived appellate review. *Id*. at 52. Respondents and Petitioners both timely filed objections. Doc. 27 (Respondents' Objections); Doc. 29 (Petitioners' Objections). Additionally, Respondents filed a combined Notice and Motion to Stay, Doc. 28, and Petitioners filed their own notice addressing similar factual updates, Doc. 30. On August 6, 2026, the Court ordered the parties to submit a status report detailing "(1) whether Petitioner Loza has been released from immigration detention, or otherwise deported from the United States pursuant to his request for voluntary departure; and (2) the status of Petitioner Castillo's appeal to the BIA." Doc. 32. Both parties timely filed reports. Doc. 33 (Respondents' Status Report), Doc. 34 (Petitioners' Status Report).

Pursuant to FED. R. CIV. P. 72(b), the Court has conducted a *de novo* review of the record, including all parts of the Magistrate Judge's PFRD that have been properly objected to. After conducting this review and having thoroughly considered the Magistrate Judge's PFRD and the objections, the Court adopts in part the Magistrate Judge's conclusions.

IT IS THEREFORE ORDERED AS FOLLOWS:

1. Respondents' and Petitioners' objections are OVERRULED;

2. The Court adopts the PFRD's recommendation to grant Petitioner Castillo's petition for habeas corpus. The Court orders Petitioner Castillo's release under the terms originally ordered by the Immigration Judge on August 28, 2025. Doc. 4 at 44;

3. Before Petitioner Castillo's removal order becomes final, the Government may not redetain him absent a predetention hearing before a neutral Immigration Judge at which the Government must establish, by clear and convincing evidence, that he poses a danger or flight risk. This Order does not affect the Government's ability to detain Petitioner once his removal order becomes final—at that point, his detention is governed by the mandatory detention provision of § 1231;

4. The Government shall file a status report within ten (10) business days of this Order certifying compliance;

5. The Court adopts the PFRD's recommendation, with respect to Petitioner Castillo, to dismiss Count II with prejudice for lack of standing;

6. The Court adopts the PFRD's recommendation, with respect to Petitioner Castillo, to dismiss Counts III and IV as moot;

7. With respect to Petitioner Loza, the Court does not adopt the PFRD's recommendations and denies Petitioner Loza's claims as moot. The Court denies Petitioner Loza's claims because he was granted voluntary departure and has since departed the United States. Petitioner Loza is no longer detained; thus, any order requiring his release would have no effect. Because no live case or controversy exists following Petitioner's departure, his claims are dismissed as moot; and

8. The parties combined Notice and Motion to Stay, Doc. 28, is denied as moot;

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE


- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.